# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

No. 1D18-0688
_____

CORNELIUS MARTIN, II,

Appellant,

v.

LEON COUNTY SHERIFF'S OFFICE,
and WALT MCNEIL, Sheriff,

Appellee.

_____


On appeal from the Circuit Court for Leon County.
Charles W. Dodson, Judge.

June 27, 2018


PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and OSTERHAUS and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Cornelius Martin, II, pro se, Appellant.

Matthew J. Carson, Jolly, Peterson & Truckenbrod P.A., for Appellee.